Argued and submitted September 18, affirmed October 17, 1984

STATE OF OREGON,
*Respondent,*

*v.*

BILLY DEAN HARRIS,
*Appellant.*

(83122732; CA A32408)

688 P2d 439

Kent Hickam, Albany, argued the cause and filed the brief for appellant.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Christine Chute, Assistant Attorney General, Salem.

Before Joseph, Chief Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

It is doubtful whether defendant's exception to the jury's instruction was sufficient to raise the question urged on appeal. Assuming that it was sufficient, the judgment is affirmed. *State v. Kohlasch,* 11 Or App 459, 502 P2d 1158 (1972).

Affirmed.